FILED

2026 Jan-23 AM 08:55
U.S. DISTRICT COURT
N.D. OF ALABAMA

PFE/BAJ January 2026
BHM GJ #14

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) |
| FRANC NEIL MALONEY | ) |

## INDICTMENT

The Grand Jury charges that:

## INTRODUCTION

At all times material to this Indictment:

1.    Defendant **FRANC NEIL MALONEY** was a Canadian national who resided in Blount County, Alabama, within the Northern District of Alabama.

2.    Although he was a lawful permanent resident of the United States, **MALONEY** never obtained United States citizenship, a fact of which he had full knowledge.

3.    Nevertheless, on November 27, 2017, **MALONEY** registered to vote in the State of Alabama, even though he knew that only United States citizens are allowed to register to vote in the State of Alabama.

4.    Thereafter, **MALONEY** voted in the State of Alabama's 2018 primary runoff election on July 17, 2018; 2018 general election on November 6, 2018; 2020

primary election on March 3, 2020; 2020 general election on November 3, 2020; 2022 primary election on May 24, 2022; 2022 general election on November 8, 2022; 2024 primary election on March 5, 2024; and 2024 general election on November 5, 2024, even though he knew that only United States citizens are allowed to vote in the State of Alabama.

### COUNTS ONE THROUGH FOUR
*Fraudulent Voting*
**[52 U.S.C. § 20511(2)(B)]**

5.     Paragraphs 1 through 4 of this Indictment are realleged and incorporated as though fully set forth herein.

6.     On or about the dates listed below for each count, in Blount County, in the Northern District of Alabama, the Defendant,

**FRANC NEIL MALONEY,**

knowingly and willfully deprived the residents of the State of Alabama of a fair and impartially conducted election process by procuring and casting ballots that the Defendant knew to be materially false, fictitious, and fraudulent under the laws of the State of Alabama.

| Count | Date | Fraudulent Voting |
|-------|------|-------------------|
| 1 | May 24, 2022 | Defendant voted in the State of Alabama's 2022 primary election, during which at least one federal office was on the ballot, despite knowing that he |

2

| | | was not entitled to do so under Alabama law as a non-citizen of the United States. |
|---|---|---|
| 2 | November 8, 2022 | Defendant voted in the State of Alabama's 2022 general election, during which at least one federal office was on the ballot, despite knowing that he was not entitled to do so under Alabama law as a non-citizen of the United States. |
| 3 | March 5, 2024 | Defendant voted in the State of Alabama's 2024 primary election, during which at least one federal office was on the ballot, despite knowing that he was not entitled to do so under Alabama law as a non-citizen of the United States. |
| 4 | November 5, 2024 | Defendant voted in the State of Alabama's 2024 general election, during which at least one federal office was on the ballot, despite knowing that he was not entitled to do so under Alabama law as a non-citizen of the United States. |

All in violation of Title 52, United States Code, Section 20511(2)(B).

A TRUE BILL


*/s/ Electronic Signature*
FOREPERSON OF THE GRAND JURY


                  PRIM F. ESCALONA
                  United States Attorney

                  */s/ Electronic Signature*
                  BRETT A. JANICH
                  Assistant United States Attorney