FILED

2026 Mar-20 PM 03:29
U.S. DISTRICT COURT
N.D. OF ALABAMA

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## <u>SOUTHERN DIVISION</u>

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Case No. 2:26-cr-00027-HDM-GMB |
| | ) |
| FRANC NEIL MALONEY | ) |

### <u>PLEA AGREEMENT</u>

The Government and the defendant, **FRANC NEIL MALONEY**, hereby acknowledge the following plea agreement in this case:

### <u>PLEA</u>

The defendant agrees to (i) plead guilty to **Count Four** of the **Indictment** filed in the above-numbered and -captioned matter; and (ii) waive certain rights to direct appeal and collateral attack as outlined in section **IV** of this agreement.  In exchange, the United States Attorney, acting on behalf of the Government and through the undersigned Assistant United States Attorney, agrees to dismiss **Counts One through Three** at the time of sentencing and recommend the disposition specified below, subject to the conditions in section **VII**.

Defendant's Initials _____

## TERMS OF THE AGREEMENT

### I.   MAXIMUM PUNISHMENT

The defendant understands that the maximum statutory punishment that may be imposed for **Fraudulent Voting**, in violation of Title 52, United States Code, Section 20511(2)(B), as charged in **Counts One through Four**, is:

    A. Imprisonment for not more than 5 years,

    B. A fine of not more than $250,000, or

    C. Both A and B;

    D. Supervised release of not more than 3 years; and

    E. A special assessment of $100.

### II.   FACTUAL BASIS FOR PLEA

The Government is prepared to prove, at a minimum, the following facts at the trial of this case:

Franc Neil Maloney is a Canadian national and lawful permanent resident, who at all relevant times, has lived in Blount County, Alabama, within the Northern District of Alabama.  Maloney registered to vote in Blount County on November 27, 2017, by filling out and signing a "State of Alabama Agency-Based Voter Registration Form," which makes abundantly clear that only U.S. citizens are allowed to register to vote/vote under Alabama law, stating:

- "For Use By U.S. Citizens Only";
- "To register to vote in the State of Alabama, you must: Be a citizen of the United States . . .";
- "Are you a citizen of the United States of America?  . . . ATTENTION!  If you answer "No" to either of these questions, do not complete this application."; and

Defendant's Initials

- "Voter Declaration – Read and Sign Under Penalty of Perjury . . . I am a U.S. citizen . . ."

Despite these unambiguous admonitions, Maloney nevertheless filled out, signed, and submitted the registration, even though he admitted in the form that he was not a citizen by marking "No" in response to the question of "Are you a citizen of the United States?" Furthermore, there is no dispute that Maloney filled out and signed the form by his own hand; indeed, not only did he admit to doing so when confronted with a copy of the registration form during a January 16, 2026 interview with HSI Special Agent Jared "J.P." Picchiottino, IRS-CI Special Agent Bonnie McCormick, and AUSA Brett Janich, but the distinctive, all-caps handwriting on the registration form also matches the handwriting on the Affidavit of Absentee Voter that Maloney filed in order to obtain an absentee ballot for the 2020 general election.

Since registering to vote in 2017, Maloney has been a very consistent participant in the electoral process, voting in the 2018 primary runoff election, 2018 general election, 2020 primary election, 2020 general election, 2022 primary election, 2022 general election, 2024 primary election, and 2024 general election. This voting activity is not only reflected in voting data maintained by the Alabama Secretary of State's Office, but is also corroborated by precinct sign-in sheets for the 2022 and 2024 primary and general elections that are maintained by the Blount County Probate Office, as well as Maloney's admission during his January 16, 2026 interview that he voted in the 2020, 2022, and 2024 primary and general elections.

Maloney's fraudulent participation in the 2024 general election was particularly knowing and willful, because he admitted during his January 16, 2026 interview to receiving two letters from the Blount County Board of Registrars in the months leading up to the election, both of which noted that he had been flagged as a potential non-citizen and emphasized that only U.S. citizens are permitted to vote in Alabama elections ("This letter is informing you that only eligible United States citizens that reside in Alabama may register to vote in the state." & "[I]f you no longer live in Alabama, are not a United States citizen, or are otherwise not eligible to vote in Alabama elections, then you remain ineligible to cast a ballot in Alabama elections.").

**The defendant hereby stipulates that the facts stated above are substantially correct and that the Court can use these facts in calculating the**

Defendant's Initials ____

defendant's sentence. The defendant further acknowledges that these facts do not constitute all of the evidence of each and every act that the defendant and/or any co-conspirators may have committed.

_____
FRANC NEIL MALONEY

## III.   RECOMMENDED SENTENCE

Subject to the limitations in section **VII** regarding subsequent conduct and pursuant to Fed. R. Crim. P. 11(c)(1)(B), the Government will recommend the following disposition:

A. That the defendant be awarded a two (2) level reduction in the defendant's adjusted offense level, based upon the defendant's apparent prompt recognition and affirmative acceptance of personal responsibility for the defendant's criminal conduct. The Government may oppose any adjustment for acceptance of responsibility if the defendant: (1) fails to admit each and every item in the factual stipulation; (2) denies involvement in the offense; (3) gives conflicting statements about the defendant's involvement in the offense; (4) is untruthful with the Court, the Government, or the United States Probation Officer; (5) obstructs or attempts to obstruct justice prior to sentencing; (6) engages in any criminal conduct between the date of this agreement and the date of sentencing; or (7) attempts to withdraw the defendant's plea of guilty for any reason other than those expressly enumerated in the "Waiver of Right to Appeal and Post-Conviction Relief" section of this Plea Agreement;

B. That the defendant be remanded to the custody of the Bureau of Prisons and incarcerated for a term *within* the advisory United States Sentencing Guideline range as calculated by the Court at the time of sentencing;

C. That following the said term of imprisonment, the defendant be placed on supervised release for a period to be determined by the Court,

Defendant's Initials _____

subject to the Court's standard conditions of supervised release;

D. That the defendant be required to pay a fine in accordance with the sentencing guidelines should the Court determine that the defendant has the ability to pay a fine, said amount due and owing as of the date sentence is pronounced, with any outstanding balance to be paid in full by the expiration of the term of supervised release; and

E. That the defendant pay a special assessment of $100, said amount due and owing as of the date sentence is pronounced.

## IV.   WAIVERS

### A. STATUTE OF LIMITATIONS AND SPEEDY TRIAL WAIVER

In consideration of the recommended disposition of this case, I, FRANC NEIL MALONEY, hereby understand, acknowledge, and agree that if this plea agreement is set aside for any reason, I will not assert any defense based on any applicable statute of limitations or the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.*, that includes the passage of time from and including the date of this plea agreement until and including the date of entry of any order setting this plea agreement aside.

### B. RIGHT TO APPEAL AND POST-CONVICTION RELIEF

In consideration of the recommended disposition of this case, I, FRANC NEIL MALONEY, hereby waive and give up my right to appeal my conviction and/or sentence in this case, as well as any fines, restitution, and forfeiture orders, the Court might impose. Further, I waive and give up the

right to challenge my conviction and/or sentence, any fines, restitution, forfeiture orders imposed or the manner in which my conviction and/or sentence, any fines, restitution, and forfeiture orders were determined in any post-conviction proceeding, including, but not limited to, a motion brought under 28 U.S.C. § 2255, and any argument that (1) the statute(s) to which I am pleading guilty is or are unconstitutional or (2) the admitted conduct does not fall within the scope of the statute(s).

The defendant reserves the right to contest in an appeal or post-conviction proceeding(s) the following:

    a. Any sentence imposed in excess of the applicable statutory maximum sentence(s);

    b. Any sentence imposed in excess of the Guidelines range determined by the Court at the time sentence is imposed; and

    c. Ineffective assistance of counsel.

The defendant acknowledges that before giving up these rights, the defendant discussed the United States Sentencing Guidelines and their application to the defendant's case with the defendant's attorney, who explained them to the defendant's satisfaction. The defendant further acknowledges and understands that the Government retains its right to appeal where authorized by statute.

Defendant's Initials

**I, FRANC NEIL MALONEY,** hereby place my signature on the line directly below to signify that I fully understand the foregoing paragraphs, and that I am knowingly and voluntarily entering into this waiver.

_____
FRANC NEIL MALONEY

## V.   UNITED STATES SENTENCING GUIDELINES

The defendant's counsel has explained to the defendant, that in light of the United States Supreme Court's decision in *United States v. Booker*, the federal sentencing guidelines are **advisory** in nature.   Sentencing is in the Court's discretion and is not required to be within the guideline range.   The defendant agrees that, pursuant to this agreement, the Court may use facts it finds by a preponderance of the evidence to reach an advisory guideline range, and the defendant explicitly waives any right to have those facts found by a jury beyond a reasonable doubt.

## VI.   AGREEMENT NOT BINDING ON COURT

The defendant fully and completely understands and agrees that it is the Court's duty to impose sentence upon the defendant and that any sentence recommended by the Government is **NOT BINDING UPON THE COURT,** and that the Court is not required to accept the Government's recommendation. Further, the defendant understands that if the Court does not accept the

Defendant's Initials _____

Government's recommendation, the defendant does not have the right to withdraw the guilty plea.

## VII.    VOIDING OF AGREEMENT

The defendant understands that if the defendant (a) violates any federal, state, or local law or any condition of pretrial release after entering into this plea agreement, (b) moves the Court to accept a plea of guilty in accordance with, or pursuant to, the provisions of *North Carolina v. Alford*, 400 U.S. 25 (1970), (c) tenders a plea of *nolo contendere* to the charges, (d) violates any other term of this plea agreement, and/or (e) does or says anything that is inconsistent with the acceptance of responsibility, the plea agreement will become NULL and VOID at the election of the United States, and the United States will not be bound by any of the terms, conditions, or recommendations, express or implied, which are contained herein.  Further, such election will not entitle the defendant to withdraw a previously entered plea.

## VIII.    OTHER DISTRICTS AND JURISDICTIONS

The defendant understands and agrees that this agreement **DOES NOT BIND** any other United States Attorney in any other district, or any other state or local authority.

Defendant's Initials

## IX.   COLLECTION OF FINANCIAL OBLIGATION

In order to facilitate the collection of financial obligations to be imposed in connection with this prosecution, the defendant agrees to:

- fully disclose all assets in which the defendant has any interest or over which the defendant exercises control, directly or indirectly, including those held by a spouse, nominee or other third party;
- promptly submit a completed financial statement to the United States Attorney's Office, in a form that it provides and as it directs;
- identify all assets over which the defendant exercises or exercised control, directly or indirectly, within the past five years, or in which the defendant has or had during that time any financial interest;
- take all steps as requested by the Government to obtain from any other parties by any lawful means any records of assets owned at any time by the defendant;
- undergo any polygraph examination the Government may choose to administer concerning such assets and to provide and/or consent to the release of the defendant's tax returns for the previous five years.

The defendant further agrees that the above information, as well as any of the defendant's financial statements and disclosures, will be complete, accurate, and truthful.   Finally, the defendant expressly authorizes the United States Attorney's Office to obtain a credit report on the defendant to evaluate the defendant's ability to satisfy any financial obligation imposed by the Court.

Defendant's Initials _____

## X.    AGREEMENT REGARDING RELEVANT CONDUCT AND RESTITUTION

As part of the defendant's plea agreement, the defendant admits to the above facts associated with the charges and relevant conduct for any other acts.   The defendant understands and agrees that the relevant conduct contained in the factual basis will be used by the Court to determine the defendant's range of punishment under the advisory sentencing guidelines.   The defendant admits that all of the crimes listed in the factual basis are part of the same acts, scheme, and course of conduct.   This agreement is not meant, however, to prohibit the United States Probation Office or the Court from considering any other acts and factors, which may constitute or relate to relevant conduct.   Additionally, if this agreement contains any provisions providing for the dismissal of any counts, the defendant agrees to pay any appropriate restitution to each of the separate and proximate victims related to those counts should there be any and waives objection to the inclusion of that restitution in any order issued by the Court.

## XI.    TAX, FORFEITURE AND OTHER CIVIL/ADMINISTRATIVE PROCEEDINGS

Unless otherwise specified herein, the defendant understands and acknowledges that this agreement does not apply to or in any way limit any pending or prospective proceedings related to the defendant's **tax liabilities**, if any,

Defendant's Initials _JHM_

or to any pending or prospective **forfeiture** or other **civil** or **administrative** proceedings.

## XII.    GENERAL ABANDONMENT OF EVIDENCE AND PROPERTY

The defendant agrees to forfeit and abandon any right to all evidence and property seized during this investigation (including, but not limited to, any item subject to forfeiture as referenced in Section XII, above) (hereinafter referred to as the "Property") and waives any right to seek the return of the Property pursuant to *Federal Rule of Criminal Procedure* 41 or otherwise.

The defendant understands that the defendant has the right and opportunity to claim the Property. However, the defendant hereby knowingly and voluntarily waives all right, title, and interest in the Property. The defendant waives, releases, and withdraws any claim that the defendant has made with respect to the Property, and waives and releases any claim that the defendant might otherwise have made to the Property in the future.

Finally, the defendant understands and agrees that the Property will be destroyed or otherwise disposed of by the seizing law enforcement agency. The defendant agrees to hold the United States of America, its agents, and employees, harmless from any claim(s) that may, have, or could arise in connection with the seizure, abandonment, disposition, and destruction of the Property.

Defendant's Initials

## XIII.  IMMIGRATION STATUS

The defendant recognizes that pleading guilty may have consequences with respect to the defendant's immigration status if the defendant is not a citizen of the United States.  Under federal law, a broad range of crimes are removable offenses, including the offense(s) to which the defendant is pleading guilty.  The defendant's guilty plea and conviction make it practically inevitable and a virtual certainty that the defendant will be removed or deported from the United States if the defendant is not a citizen of the United States.  Removal and other immigration consequences are the subject of a separate proceeding, however; and the defendant understands that no one, including his attorney or the district court, can predict to a certainty the effect of his conviction on his immigration status.  Understanding all of this, the defendant nevertheless affirms that the defendant wants to plead guilty regardless of any immigration consequences that plea may entail, even if the consequence is automatic removal from the United States.

## XIV.  DEFENDANT'S ACKNOWLEDGEMENT

I have read and understand the provisions of this plea agreement consisting of **14** pages.  I have discussed the case and my constitutional and other rights with my lawyer.  I am satisfied with my lawyer's representation in this case.  I understand that by pleading guilty, I will be waiving and giving up my right to continue to plead not guilty, to a trial by jury, to the assistance of counsel at that

Defendant's Initials ____

trial, to confront, cross-examine, or compel the attendance of witnesses, to present evidence on my behalf, to maintain my privilege against self-incrimination, and to the presumption of innocence. I agree to enter my plea as indicated above on the terms and conditions set forth herein.

**NO PROMISES OR REPRESENTATIONS OTHER THAN THOSE IN THE AGREEMENT HAVE BEEN MADE TO ME BY THE PROSECUTOR, OR BY ANYONE ELSE, NOR HAVE ANY THREATS BEEN MADE OR FORCE USED TO INDUCE ME TO PLEAD GUILTY.**

I further state that I have not had any drugs, medication, or alcohol within the past 48 hours except as stated here:

PRESCRIPTION   MEDICATION

I understand that this plea agreement will take effect and will be binding as to the Parties **only** after all necessary signatures have been affixed hereto.

I have personally and voluntarily placed my initials on every page of this plea agreement and have signed the signature line below to indicate that I have read, understand, and approve all of the provisions of this plea agreement, both individually and as a total binding agreement.

3/12/26
DATE

_Franc Maloney_
**FRANC NEIL MALONEY**
Defendant

Defendant's Initials _FNM_

## XV.   COUNSEL'S ACKNOWLEDGMENT

I have discussed this case with my client in detail and have advised my client of all of my client's rights and all possible defenses.  My client has conveyed to me that my client understands this plea agreement and consents to all its terms.  I believe the plea and disposition set forth herein are appropriate under the facts of this case and are in accord with my best judgment.  I concur in the entry of the plea agreement on the terms and conditions set forth herein.

3/12/2026
DATE

_____
**JAMES GIBSON**
Defendant's Counsel

## XVI.   GOVERNMENT'S ACKNOWLEDGMENT

I have reviewed this matter and this plea agreement and concur that the plea and disposition set forth herein are appropriate and are in the interests of justice.

**CATHERINE L. CROSBY**
Acting United States Attorney

3/20/2026
DATE

_____
**BRETT A. JANICH**
Assistant United States Attorney

Defendant's Initials _____